**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

G. CLIFFORD ABROMATS, individually and as
Trustee of the Gloria J. Abromats Revocable Trust
Agreement u/t/d September 15, 2005, as amended,

       Case No.

    Plaintiff,

v.

PHILIP ABROMATS, Individually and as a
Qualified beneficiary Gloria J. Abromats
Revocable Trust Agreement u/t/d
September 15. 2005, as amended,

    Defendant.
_____/

**NOTICE OF REMOVAL OF ACTION**

      Defendant, Philip Abromats ("Defendant"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446 removes this action to the United States District Court for the Southern District of Florida, which is the judicial district in which the action is pending and in support thereof submits as follows:

      1.    Defendant is a defendant in this civil action, brought on or about November 19, 2015, in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, and served upon the Defendant via summons on March 18, 2016.

      2.    This action asserts claims for: 1) lack of capacity; 2) undue influence; and 3) approval of accounting.

3. Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant removes this action to the United States District Court for the Southern District of Florida which is the judicial district in which the action is pending.

4. Pursuant to 28 U.S.C. § 1446(a), attached as Exhibit "A" to this Notice of Removal is a true and correct copy of "all process, pleadings, and orders" served upon Defendant in the State Court Action.

5. Pursuant to 28 U.S.C. § 1446(d), Defendant will file a copy of this Notice of Removal with the Clerk of the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida. Defendant will also serve Plaintiff with a copy of this Notice of Removal.

6. Removal of this action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida is proper under 28 U.S.C. § 1441(a) because the federal court would have had original jurisdiction of this action based on complete diversity of citizenship, 28 U.S.C. § 1332, had this action been brought originally in the federal court.

7. Original jurisdiction based on complete diversity of citizenship is proper in this case because:

  a. Plaintiff is a resident of Florida and serves as Trustee to the Trust at issue, the situs of which is Broward County, Florida. Compl. ¶¶ 3, 5;

  b. Defendant is an individual who is a resident of Wyoming, Compl. ¶ 6;

  c. Although Plaintiff seeks nonmonetary relief, as reflected in the proposed accounting of trust attached to the complaint, the value of the trust at issue exceeds $650,000.00. Compl. Exhibit D. Thus, while Defendant contends that the allegations of the Plaintiff are meritless, there is no dispute that, in addition to complete diversity of citizenship between Plaintiff

FUERST ITTLEMAN DAVID & JOSEPH, PL
1001 BRICKELL BAY DRIVE, 32ND FLOOR, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FUERSTLAW.COM

and Defendant, the amount in controversy in this action exceeds the sum of $75,000, exclusive of interests and costs;[1]

       d. An inverse parallel action that predates the filing of the instant suit is pending in the Western District of New York, the domicile of G. Clifford Abromats, in which Philip Abromats is the plaintiff. The magistrate judge in that case has ordered the matter transferred to the Southern District of Florida under 28 U.S.C. § 1404(a). Philip Abromats has filed objections to that ruling, which will not come on for oral argument there until May 19, 2016. Jurisdiction there was based on diversity, and, after briefing the issue pursuant to a *sua sponte* order of the New York Court, Philip Abromats demonstrated that the probate exception to diversity jurisdiction does not bar a federal court from hearing the case.

8. Philip Abromats, defendant herein, will be bringing numerous counterclaims against G. Clifford Abromats, including one sounding in civil RICO, giving the court federal-question jurisdiction under 28 U.S.C. § 1331 as well. The RICO Case Statement required by the local rules of the Western District of New York has been completed after thorough research and informally shared with opposing counsel and the Court, and Philip Abromats, an experienced litigation attorney in his own right, believes such a claim can be viably asserted without violating Rule 11, and that indeed, there is a strong probability of recovery on his RICO claim.

WHEREFORE, Philip Abromats, files this Notice of Removal removing this case to the United States District Court for the Southern District of Florida, Fort Lauderdale Division. Respectfully submitted,

---

[1] For removal based upon diversity jurisdiction, Defendant must show by a preponderance of the evidence that the amount in controversy exceeds the sum or value of $75,000. *Williams v. Best Buy Company, Inc.*, 269 F.3d 1316, 1319 (11th Cir. 2001). To do so, Defendant must show only that it does not appear to a legal certainty that the claim is for less than the jurisdictional amount. *St Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283, 288 (1937); 14A Wright, Miller & Cooper, *Federal Practice & Procedure*, § 3702 at 19. "There is no question but that this is a test of liberality, and it has been treated as such by this Court." *Burns v. Anderson*, 502 F.2d 970,971 (5th Cir. 1974).

*/s/ Allan A. Joseph*
Allan A. Joseph, Esq.
Fla. Bar No. 893137
Jeffrey J. Molinaro, Esq.
FUERST ITTLEMAN DAVID & JOSEPH, PL
1001 Brickell Bay Drive, 32nd Floor
Miami, Florida 33131
305.350.5690 (O)
305.371.8989 (F)
ajoseph@fuerstlaw.com
jmolinaro@fuerstlaw.com
avillena@fuerstlaw.com

Dated March 28, 2016.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 28th day of March, 2016 with the Clerk of the Court using CM/ECF. Notice of Electronic Filing was sent via CM/ECF to all counsel of record on the service list. In addition, a copy of the foregoing was served via U.S. Mail to all counsel of record on the service list.

*/s/ Allan A. Joseph*
Allan A. Joseph, Esq.

## **SERVICE LIST**

Peter J. Forman, Esq.
Gutter Chaves Josepher
Rubin Forman Fleisher, P.A.
2101 Cororpate Blvd., Suite 107
Boca Raton, FL 33431
T: (561) 998-7847
pforman@floridatax.com
hbohen@floridatax.com
lmcdaniel@floridatax.com

Jenna G. Rubin, Esq.
Gutter Chaves Josepher
Rubin Forman Fleisher, P.A.
2101 Cororpate Blvd., Suite 107
Boca Raton, FL 33431
T: (561) 998-7847
jrubin@floridatax.com
hbohen@floridatax.com
lmcdaniel@floridatax.com

FUERST ITTLEMAN DAVID & JOSEPH, PL
1001 BRICKELL BAY DRIVE, 32ND FLOOR, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FUERSTLAW.COM